DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENTON MCNEIL,**
Appellant,

v.

**CENTRAL PALM BEACH SURGERY CENTER, LTD.,**
Appellee.

No. 4D22-2575

[June 29, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502018CA015272XXXXMBAE.

Benton McNeil, Riviera Beach, pro se.

Steven L. Robbins of Steven L. Robbins, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***